IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

MONIQUE WILLIAMS,                          CASE NO.:
                                           DIVISION:
        Plaintiff,                         JUDGE:

vs.

LENNY DWAYNE SMITH and
BELTMANN GROUP, INC.,

        Defendants.

_____/

## COMPLAINT

The Plaintiff, MONIQUE WILLIAMS, through counsel, hereby sues Defendants,

BELTMANN GROUP, INC., and LENNY DWAYNE SMITH, and as grounds therefore, alleges

as follows:

### JURISDICTIONAL ALLEGATIONS

1.    This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars, excluding

      attorney's fees and costs.

2.    At all material times, Plaintiff, MONIQUE WILLIAMS, was/is a resident of Lauderhill,

      Broward County, Florida and is otherwise *sui juris*.

3.    At all material times, Defendant, BELTMANN GROUP, INC., was/is a corporation

      authorized to conduct and conducting business in the State of Florida and is otherwise *sui

      juris*.

4.    At all material times, Defendant, LENNY DWAYNE SMITH, was/is a resident of

      Claremore, Rogers, Oklahoma and is otherwise *sui juris*.

5. On or about May 9, 2012, Plaintiff, MONIQUE WILLIAMS was involved in a motor vehicle accident with Defendant, LENNY DWAYNE SMITH, while Defendant, LENNY DWAYNE SMITH, was driving a truck owned by Defendant, BELTMANN GROUP, INC., on the northbound exit ramp at SR-834 (Sample Road) Pompano Beach, Broward County, Florida

6. For the above reasons, jurisdiction and venue are proper in Broward Circuit Court.

## COUNT I - CLAIM FOR NEGLIGENCE AGAINST DEFENDANTS BELTMANN GROUP, INC. , AND LENNY DWAYNE SMITH

Plaintiff, MONIQUE WILLIAMS hereby re-adopts and re-alleges each and every allegation contained in paragraphs 1 through 6 above as if fully set forth herein and further alleges as follows:

7. On or about May 9, 2012, Defendant, LENNY DWAYNE SMITH, was operating a 2000 Freight Truck with vehicle license number PAJ4832 and vehicle identification number 1XKWD49YR854861, which was/is owned by Defendant, BELTMANN GROUP, INC.

8. The Defendant, LENNY DWAYNE SMITH, negligently operated and/or maintained the above vehicle striking Plaintiff's vehicle on the northbound exit ramp at SR-834 (Sample Road) Pompano Beach, Broward County, Florida.

9. Defendant, BELTMANN GROUP, INC., gave their employee Defendant, LENNY DWAYNE SMITH, permission and consent to operate the above vehicle and thus Defendant, BELTMANN GROUP, INC., is vicariously responsible for the negligence of their employee, Defendant, LENNY DWAYNE SMITH.

10. Further, the Defendant, LENNY DWAYNE SMITH, was acting within the course and scope of his employment with Defendant, BELTMANN GROUP, INC., at the time of the traffic crash and for that reason, Defendant, BELTMANN GROUP, INC., is vicariously responsible for the negligence of their employee.

11. As a direct and proximate result of the above-described accident, Plaintiff, MONIQUE WILLIAMS, sustained bodily injuries resulting in pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of a pre-existing condition. These losses are either permanent or continuing in nature and the Plaintiff, MONIQUE WILLIAMS, will suffer these losses in the future.

WHEREFORE, Plaintiff, MONIQUE WILLIAMS, demands judgment against Defendant's, BELTMANN GROUP, INC.,and LENNY DWAYNE SMITH, for damages in excess of Fifteen Thousand ($15,000.00) Dollars, pre-judgment interest where applicable and demands trial by jury for all issues so triable as a matter of right by a jury.

DATED this _____ day of AUGUST 2013.

GOLDMAN & DASZKAL, P.A.
Attorneys for Plaintiff
1630 West Hillsboro Boulevard
Deerfield Beach, FL 33442
P. (954) 428-9333/ F. (954) 428-9338

BY:_____
JEFFREY D. KIRBY, ESQUIRE
FBN: 860654
service.kirby@gdinjurylaw.com